# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 24, 2025

## NO. 03-25-00100-CV

**Asha Ragazza Gleason, Appellant**

**v.**

**Derek Wayne Heidemeyer, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**AFFIRMED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on November 13, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.